

# Reynolds, Inc.
### COMPLETE MUNICIPAL and INDUSTRIAL WATER SYSTEMS
www.reynoldsinc.com

# PURCHASE ORDER

DATE: **11.05.2009** P.O. No. **10038.023R**

*\* P.O. No. Must Appear On All Delivery Papers and Invoices*

MAIN OFFICE:

☐ 4520 N. State Road 37, Orleans, Indiana 47452 • Tel: 812/865-3232 • Fax: 812/865-2136

BRANCH OFFICE:

☐ 6451 Germantown Road. Middletown, OH 45042 • Tel: 513/424-7287  ☐ 121 Roberts Road. Fairburn, GA 30213 • Tel: 770/969-4040

☐ 1301 E. Main Street, Louisville, KY 40206 • Tel: 502/585-1241  ☒ **5634 West 5th Street, Jacksonville, FL 32254 • Tel 904/695-9290**

☐ 3840 Prospect Street, Indianapolis, IN 46203 • Tel: 317/353-0199  ☐ 4701 Decker, Baytown, TX 77520 • Tel: 281/838-1500

**TO: Carter & Verplanck, Inc.**
P.O. Box 24169
Tampa, FL 33623
Attn: G.B. Verplanck    813.287.0709

**Ship To: Reynolds, Inc Job**
4200 Hood Road
Palm Beach Gardens, FL 33410
per Attachment "A"

RECEIVED
APR 1 4 2010
REYNOLDS INC.

This Order is given for the sale, furnishing and delivery of the material(s), equipment, system(s) and/or product(s) described below, plus performance and assumption of services and obligations incidental to same ("Goods/Services") in strict accordance with the terms and conditions stated herein, in all applicable plans, specifications, general and supplementary conditions and other items governing any Prime Contract awarded to Reynolds concerning the Project identified above (collectively referred to herein as "Contract Documents"), all of which shall be deemed incorporated herein by reference.

| Quantity | UOM | Pay Item | Cost Code | Description of Goods/Services | Unit Price | Amount* |
|---|---|---|---|---|---|---|
| 1 | LS | 011 | 11211 | Startup Services, Field Service of VT Pumps, Horizontal Split Case Pumps, and VFD' furnished by Carter & Verplanck under separate PO per specifications. | $300,00.00 | $300,000.00 |
| | | | | | Total | $300,000.00 |

All prices shall remain fixed for duration of the Project. Actual quantities may be adjusted by Reynolds' project management personnel.

## Special Provisions and Instructions

☒ Submittal Requirements: Submittals received with in 6 weeks of receipt of this order.

☒ Delivery Requirements: See Special Terms Attachment "A"

☒ Shipping Terms: FOB Jobsite

☒ Start-up, Training, O&M and similar requirements: Per Contract Documents

☒ Payment Terms: 90% net 45, retainage reduction per terms and conditions

☐ Sales Tax: N/A

☒ Attachments: Exhibit: Attachment "A" is attached and is an integral part of this Purchase Order

☒ Special Terms: As listed on Attachment "A" Purchase Order Special Conditions

*Terms and Conditions continue on reverse side and/or attached additional pages and/or attachments* ➜

Acceptance is expressly limited to the terms of this Order and of the prime contract and applicable Contract Documents that become binding on Reynolds. Any additional or different terms contained in Vendor's past or future proposals, purported acceptances, confirmations or acknowledgments hereof are objected to and rejected by Reynolds, except as otherwise separately agreed to by Reynolds in writing.

**Reynolds, Inc.**
By (signed): _____ Emp. # 1459
Printed: LAUREN C. ATWELL
Date: 4/19/10

**"Vendor":**
By (signed): _____
Printed: GB VerPlanck
Date: 4/12/2010

## Standard Terms and Conditions

1. **Acceptance.** Acceptance of this order shall be by mutual written consent of both parties, and upon acceptance this order shall become a binding contract to be governed by the laws of the jurisdiction where the Project is located. Acceptance shall be limited to the terms hereof, any additional or different terms stated by Vendor in any prior or future offer, quotation or other expression being hereby rejected. Modifications or additions shall not become effective unless made in writing and signed by Reynolds. If this order is issued prior to a valid award and execution of Reynolds' Prime Contract, such award and execution shall be a condition precedent to Reynolds' obligations to Vendor, notwithstanding any preliminary actions taken by Vendor in connection with the transaction described herein.

2. **Binding Effect.** This Order and the Contract Documents constitute the complete and exclusive statement of the terms of agreement between Reynolds and Vendor, superseding any and all other prior or contemporaneous agreements, proposals or other expressions, including but not limited to quotations, sales memoranda and credit applications.

3. **Submittals.** Vendor shall provide samples, shop drawings, special warranties, instructions, designs, operation and maintenance manuals and any other materials required or specified to be provided in respect of the Goods/Services. All such submittals, including required revisions or corrections to same, shall be provided without additional charge and in conformity with all original or revised schedules.

4. **Delivery.** Unless otherwise stated in this order, delivery will be F.O.B. Project at a time and place directed by Reynolds. No shipment is to be made without Reynolds' prior release and consent. Units must be delivered in a proper sequence to facilitate orderly and efficient handling, storage and use at the Project, and must be complete and properly labeled. No partial shipments will be accepted unless requested and approved by Reynolds in writing. Risk of loss shall pass to Reynolds only upon delivery of goods and inspection and acceptance of same by Reynolds. Reynolds may refuse any deliveries tendered after 2 p.m. or on a Friday unless 48 hours advance notice of late delivery is given to the jobsite and Reynolds approves same.

5. **Time.** Time is of the essence in the performance of all of Vendor's undertakings arising under this order. Vendor will immediately notify Reynolds, in writing, of any actual or potential circumstance which may delay or impair Vendor's ability to perform in accordance with Reynolds' schedule or required delivery or other performance dates. Reynolds may postpone delivery of goods and services for such reasonable periods as may be required to conform to actual progress of work or other conditions encountered for the Project and in such case Vendor will use best efforts to comply with Reynolds' instructions in regard to time of deliveries or manner of performance. Acceptance or acquiescence of late delivery or other performance by Vendor shall not be deemed a waiver of Reynolds' rights or remedies pertaining to such delay, nor shall it constitute a waiver or extension of the time for the performance of any future or remaining deliveries or other performance obligations.

6. **Quality.** Goods/Services shall be of good quality and free from all latent or patent defects, and shall strictly conform to all applicable requirements and standards prescribed by this order and the Contract Documents and shall be free and clear of infringement of any valid patent, copyright or trade mark. Goods/Services not conforming to such requirements shall be considered defective. This warranty shall be in addition to and not in limitation of any other warranty or remedy existing under applicable law or the Prime Contract, including but not limited to implied warranties of merchantability and fitness for the particular purpose contemplated by this order. All deliveries are subject to Reynolds' right of inspection and rejection, which may occur at any time prior to completed installation and incorporation of goods into Reynolds' work for the Project. Payment for Goods/Services shall not constitute acceptance and shall be without prejudice to any claims or remedies which Reynolds may have in respect of same.

7. **Correction of Defects.** If, within two (2) years after substantial completion of the Project, not to exceed two (2) years from start up or 30 Months from shipment, the Goods/Services are found to be defective or not in conformity with the standards or requirements applicable thereto, Vendor shall, upon receipt of written notice from Reynolds, promptly and satisfactorily repair, modify, replace or take other appropriate corrective action with respect to such Goods/Services at its sole expense. Such obligation shall survive acceptance of goods and services and termination of this order.

8. **Compliance with Laws.** Vendor shall give notices and comply with all applicable laws, ordinances, rules and regulations of public authorities bearing on the Goods/Services or obligations of Vendor under this order, including but not limited to those relating to safety, material safety data and employment practices. Vendor shall provide reasonable evidence of such compliance if requested to do so by Reynolds or as required of Reynolds by the Contract Documents. Failure to supply material safety data sheets as prescribed by laws and regulations shall be deemed a representation and warranty by Vendor that materials are non-hazardous.

9. **Payment.** 45 days. If Vendor fully performs all obligations to Reynolds and is not in breach or default under this Order, and Reynolds has received all written warranties, manuals and other submissions applicable to Goods/Services, then Reynolds will make payment to Vendor for Goods/Services performed in accordance with terms of payment specified above; Retainage will be with held in the amount of 10% up until the owner reduces retainage to 5% at which time vendor's retainage will be reduced to 5%. Any retainage with held will be due upon satisfactory equipment start up, not to exceed 150 days from delivery. Any time period provided for taking cash discounts shall commence on the date of invoice or date of delivery, whichever occurs last.

10. **Remedies for Breach.** Remedies for Breach shall be in accordance with Florida Uniform Commercial Code (UCC).

11. **Indemnity.** N/A

12. **Cancellation without Cause.** Reynolds shall have the right at any time, upon 48 hours prior written notice to Vendor, to terminate this order in whole or in part for Reynolds' convenience. In such case, or if this order is terminated upon Reynolds' belief that Vendor is in default but it is subsequently determined that Vendor was not then in default, Reynolds shall pay to Vendor an amount limited to a fair and reasonable portion of the total amount of this order allocated to Vendor's satisfactory performance under this order prior to notice of termination, adjusted for amounts and damages, if any, for which Vendor is responsible. Such payment shall include reasonable profit and overhead.

13. **Assignment.** Vendor shall not assign or sublet this agreement or any part hereof, including right to payments hereunder, without first obtaining the written consent of Reynolds. If required by Reynolds' prime contract, Reynolds may assign this order and any subcontracts thereunder to the party with whom Reynolds has contracted.

14. **Dispute Resolution.** All claims, disputes and other matters in question between Reynolds and Vendor arising out of or relating to this order or the breach hereof ("disputes") shall, at Reynolds' option, be subject to mediation prior to instituting any arbitration or legal proceedings. Such claims and disputes shall be resolved by litigation in a court of law, unless Reynolds gives written notice to Vendor designating the claim or dispute to be submitted to binding arbitration, in which case the parties shall be obligated to resolve the matter through arbitration. Such notice of election to arbitrate may be given at any time upon Contractor's own initiative or in response to a written arbitration request of Vendor. A request by Vendor to arbitrate shall be deemed denied by Reynolds if no written response approving submission to arbitration is given to Vendor within 14 days after Reynolds' receipt of such arbitration request. Reynolds may obtain joinder and consolidation of any arbitrated dispute with any other arbitration involving third parties if such other arbitration involves common questions of law or fact.

15. **Insurance.** Vendor shall procure and maintain insurance as called for the by the attached "Insurance Requirements" (which shall be deemed incorporated herein by reference); Provided, if no such attachment is affixed hereto, then Vendor shall procure and maintain the exact same types and

023-C&V_Service Contract                                    Page 2 of 3                                    Initials _____

Vendor
4/12/2010

coverages of insurance and shall be bound by the same terms and conditions applicable to insurance (including waivers of subrogation) as to which Reynolds is bound by the Contract Documents, except that Reynolds shall be also be named as additional insured in addition to the persons and parties required by the Prime Contract to be so named. Liability coverage shall be written on a primary non-contributory basis with respect to any other collectable insurance for Reynolds or any other parties to be named as additional insureds, and the additional insured endorsement on the general liability policy shall include completed operations. Vendor shall furnish insurance certificates to Reynolds verifying the required insurance prior to supplying the Goods/Services, and containing provisions expressly acknowledging the interests of Contractor in the maintenance of the prescribed insurance and stipulating that the insurance will not be cancelled, materially changed or not renewed without at least a thirty (30) day advance written notice to Reynolds by certified mail – return receipt requested.

16. **Contingency of Order**. This order is contingent upon and subject to Reynolds' executed contract and approved shop drawings with the owner and engineer.  This order may be cancelled without penalty upon failure of either condition.

Initials _____

Vendor *GBW*
4/12/2010

**ATTACHMENT A**
**PURCHASE ORDER SPECIAL CONDITIONS**
JOB # 10038-Hood Road WTP
PURCHASE ORDER # 10038.023R

The following Purchase Order Special Conditions apply and are an integral part of the referenced Purchase Order.

1) **Administrative**

    a)   The Purchase Order must be signed and returned before payment will be made. **Return to Reynolds, Inc. Attn: Tina Heltemes 5634 West 5th Street, Jacksonville, FL 32254.**

    b)   Submit all invoices to: **Reynolds, Inc., Attn: Accounts Payable 5634 West 5th Street, Jacksonville, FL 32254.** Invoices must reference Job # and Purchase Order #.

    c)   Non-destructible tags or other weatherproof marking system must be used on all material.

    d)   The Seller shall provide Reynolds, Inc. with the name or names of individuals responsible for the following items:

        Equipment/Material Sales_____
        Drafting/Shop Drawings/O&M Manuals_____
        Equipment/Material Delivery, Procurement_____
        Project Engineer, Field Representative, Start-Up Service_____

2) **Insurance**

    a)   Seller will assume responsibility for Worker's Compensation coverage of Seller's employees, and will provide liability coverage in the amounts required by the contract during start-up services.

3) **Sales Tax**

    a)   Seller shall provide a copy of his FL Sales Tax Registration with the first invoice. If a copy of this is not furnished, purchaser shall collect all tax, deducting any amount shown on invoice.

4) **Delivery**

    a)   All materials are to be shipped FOB Jobsite

    b)   Jobsite Address/Directions/Telephone -    Hood Road WTP
                                              4200 Hood Road
                                            Palm Beach Gardens, FL 33410

    c)   No deliveries will be accepted on weekends

    d)   It is agreed that time is of the essence on this Purchase Order.

5) **Shipping Arrangements**

    a)   Prior to all deliveries over 400#, the supplier will do the following:

    b)   Fax a copy of the packing list to the attention of "Reynolds Superintendent" 24 hours prior to all deliveries. All items must be packaged, crated or otherwise protected so as to prevent damage during shipment. Each item is to be properly identified on the outside of the container with the job name, purchase order number, specification number, etc. The Bill of Lading and Shipping Ticket must be similarly identified. Items less than 400 pounds must be delivered for tailgate unloading. Items greater than 400 pounds must be shipped on open-top trucks, unless written approval to do otherwise is granted. If the shipment requires special handling or storage, contact the project field office with recommendations 48 hours prior to shipment. The supplier shall provide a seven (7) day notice prior to shipment. Note that no deliveries will be accepted on Fridays, unless prior arrangements are made in writing.

    c)   DUE TO PROXIMITY TO THE LOCAL SCHOOL, SHIPMENTS WILL ONLY BE ACCEPTED DURING THE FOLLOWING TIMES:

        1.   MONDAY-THURSDAY  9:00 AM until 2:30PM
        2.   FRIDAY                 9:00 AM until 11:00 AM

    d)   Drop shipments are not allowed without prior notification and approval.

LGA

Vendor_____
Reynolds _GPW_
4/12/2010

**6) Payment Terms**

    a) Vendor <u>must</u> invoice according to the items listed on Purchase Order/Scope of Work and/or Bill of Materials.

    b) Payment terms per the Purchase Order/Scope of Work

**7) Submittals**

    a) All submittals shall be sent to the following address:

        **Reynolds, Inc**
        **Attn: Hood Road Project Manager**
        **5634 West 5th Street**
        **Jacksonville, FL 32254**

    b) Ten (10) complete sets of submittals are required. All submittals will be in strict accordance with the Contract Documents. Each item mentioned in the Specifications or shown on the Contract Documents must be addresses on the submittal. Vendor shall document any and all deviations/variances in writing on the cover sheet of the submittal.

    c) All electrical components, motors, control panels, conduit and wiring is to comply with Division 16 - Electrical. Electric Motors are to comply with Section 16690, Electric Motors.

    d) Repetitive Review: Shop drawings and other submittals will be reviewed a maximum of two (2) times at the owner's expense. All subsequent reviews will be performed at times convenient to the engineer and at the Seller's expense, based on the Engineer's then prevailing rates. The Vendor shall reimburse the Owner for all such fees invoiced to the Owner by the Engineer. Submittals are required until approval.

    e) Variations from contract requirements require Owner/Engineer approval pursuant to applicable Contract Clauses, Specifications and Drawings for Construction, as well as Reynolds approval and shall be considered where advantageous to the Owner and Reynolds. When proposing a variation, submit a written request to Reynolds, Inc. with documentation of the nature and features of the variation and why the variation is desirable and beneficial to the Owner and Reynolds. Identify the proposed variation separately and include the documentation for the proposed variation along with the required submittal for the item. When submitting a variation for approval, the seller warrants the applicable items specified in the Contract documents.

**8) Operation and Maintenance Manuals**

    a) The vendor shall submit Operation and Maintenance Manuals for all pneumatically, hydraulically or electrically operated equipment or as specified. Vendor shall submit no less than four (4) preliminary manuals for engineer review and acceptance. Upon approval vendor shall provide 10 hard copies and 1 electronic indexed PDF copy of the Manual. All O & M Manuals must be sent prior to equipment shipments.

**9) Material Approval**

    a) This order is contingent upon the approval of the Owner and/or consulting Engineer of the material submitted for use on the project. The disapproval of the material submitted will be cause for cancellation of this order in its entirety without prejudice, penalty or cancellation charges by this vendor.

**10) Cancellation**

    a) If for any reason the contract between the Owner and Reynolds, Inc. is cancelled, Reynolds, Inc. may terminate this purchase order and upon termination shall thereafter pay the material vendor only such funds received from the Owner as attributed to Reynolds, Inc.'s obligation under this purchase order.

**11) Spare Parts/Tools/Lubrication**

    a) Furnish all the spare parts and special tools as required by the Contract Documents and as recommended by the manufacturer. Identify as spare parts and tag each individual component. Spare parts shall be prepared for long term storage and all special tools required to adjust, operate and/or maintain the equipment furnished with this order.

Vendor _____
Reynolds _____
4/12/2010

_GRV_

**12)    Warranties and Bonds**  *and warranty term per paragraph 7 of the Standard Terms and Conditions.*

    a)    Furnish warranties and bonds in strict accordance with specifications for equipment as required by contract documents. These warranties must be forwarded immediately upon successful equipment start-up. Warranty period will be as outlined in contract documents.

**13)    Shop Paint**

    a)    All material and equipment furnished under this order are to have their surfaces properly prepared and protected by the shop painting system as specified. Shop paint shall be compatible with the field applied finish coated system. It is the vendor's responsibility to ensure compatibility of all factory and field coating. A copy of Specification Section 09900 is available upon request. Failure to obtain a copy of this specification section does not relieve vendor of the requirement.

**14)    Start Up Services**

    a)    If required by specifications provide start-up services and training as required by specifications for all equipment furnished with this purchase order. Manufacturer's factory trained representative is to be present on site as specified and required to inspect installation, assist in equipment adjustment, start up, performance testing, and to train Owner's personnel. He shall provide written certification that the equipment is correctly installed and ready to use, all in accordance with the Contract Documents.

**15)    Hazard Communication**

    a)    In accordance with the provisions of the Hazard Communications Standards 29CFR-1929.59, provide material safety data sheets along with any additional information, safety data, or supplemental material safety data sheets for material supplied in this order that are classified hazardous under the above mentioned standard. Provide container labeling, warning systems, and training procedure for handling such material.

Vendor
Reynolds _GRV_
4/12/2010



# Reynolds, Inc.
**COMPLETE MUNICIPAL and INDUSTRIAL WATER SYSTEMS**
www.reynoldsinc.com

# PURCHASE ORDER

DATE: __11/05/09__ P.O. No. __10038-022R__

*\* P.O. No. Must Appear On All Delivery Papers and Invoices*

*MAIN OFFICE:*
☐ 4520 N. State Road 37, Orleans, Indiana 47452 ● Tel: 812/865-3232 ● Fax: 812/865-2136

*BRANCH OFFICE:*

☐ 6451 Germantown Road. Middletown, OH 45042 ● Tel: 513/424-7287      ☐ 121 Roberts Road. Fairburn, GA 30213 ● Tel: 770/969-4040

☐ 1301 E. Main Street, Louisville, KY 40206 ● Tel: 502/585-1241       ☒ 5634 West 5ᵗʰ Street, Jacksonville, FL 32254 ● Tel 904/695-9290

☐ 3840 Prospect Street, Indianapolis, IN 46203 ● Tel: 317/353-0199      ☐ 4701 Decker, Baytown, TX 77520 ● Tel: 281/838-1500

**TO:  Carter & Verplanck, Inc**
**P.O. Box 24169**
**Tampa, FL 33626**
**Attn: G.B. Verplanck     813.287.0709**

**Ship To:  Reynolds, Inc Job**
**4200 Hood Road**
**Palm Beach Gardens, FL  33410**
**per Attachment "A"**

This Order is given for the sale, furnishing and delivery of the material(s), equipment, system(s) and/or product(s) described below, plus performance and assumption of services and obligations incidental to same ("Goods/Services") in strict accordance with the terms and conditions stated herein and in all applicable plans, specifications, general and supplementary conditions and other items governing any Prime Contract awarded to Reynolds concerning the Project identified above (collectively referred to herein as "Contract Documents"), all of which shall be deemed incorporated herein by reference.

| Quantity | Units | Pay Item | Cost Code | Description of Goods/Services | Unit Price | Amount* |
|---|---|---|---|---|---|---|
| 1 | LS | 011 | 11211 | Furnish Vertical Turbine Pumps, Horizontal Split Case Pumps, And Variable Frequency Drives Per Contract Documents | | $3,250,150.00 |
| 1 | LS | 015 | 15104 | Furnish Check Valves & Air Release Valves Per Contract Documents | | $355,000.00 |
| 1 | LS | 015 | 15104 | Estimated Taxes (Valve Package) | | $21,325.00 |
| 1 | LS | 011 | 11211 | Estimated Taxes (Pump Package) | | $195,034.00 |
| 1 | LS | 011 | 11211 | Freight | | $40,000.00 |
| | | | | | Total | $3,861,509.00 |

All prices shall remain fixed for duration of the Project. Actual quantities may be adjusted by Reynolds' project management personnel.

## Special Provisions and Instructions

☒  Submittal Requirements: Submittals received with in 6 weeks of receipt of this order

☒  Delivery Requirements: See Special Terms Attachment "A"

☒  Shipping Terms:  FOB Jobsite

☒  Start-up, Training, O&M and similar requirements: Per Specification and outlined in attached Scope of Work

☒  Payment Terms: Per Exhibit PO Scope of Work

☒  Sales Tax: Taxes are to be paid at 6% State & surtax for Palm Beach County

☒  Attachments:  Exhibit: Scope of Work and  Attachment "A" are attached and an integral part of this Purchase Order

☒  Special Terms:  As listed on Attachment "A" Purchase Order Special Conditions

*Terms and Conditions continue on reverse side and/or attached additional pages and/or attachments →*

Acceptance is expressly limited to the terms of this Order and of the prime contract and applicable Contract Documents that become binding on Reynolds. Any additional or different terms contained in Vendor's past or future proposals, purported acceptances, confirmations or acknowledgments hereof are objected to and rejected by Reynolds, except as otherwise separately agreed to by Reynolds in writing.

**Reynolds, Inc.**
By  (signed): _____  Emp. # _1439_
Printed:  _LAUREN C. KNIELL_
Date:  _4/19/10_

**"Vendor":**
By  (signed): _____
Printed:  _GB Verplanck_
Date:  _4/12/2010_

## Standard Terms and Conditions

1.  **Acceptance.** Acceptance of this order shall be by mutual written consent of both parties, and upon acceptance this order shall become a binding contract to be governed by the laws of the jurisdiction where the Project is located. Acceptance shall be limited to the terms hereof, any additional or different terms stated by Vendor in any prior or future offer, quotation or other expression being hereby rejected. Modifications or additions shall not become effective unless made in writing and signed by Reynolds. If this order is issued prior to a valid award and execution of Reynolds' Prime Contract, such award and execution shall be a condition precedent to Reynolds' obligations to Vendor, notwithstanding any preliminary actions taken by Vendor in connection with the transaction described herein.

2.  **Binding Effect.** This Order and the Contract Documents constitute the complete and exclusive statement of the terms of agreement between Reynolds and Vendor, superseding any and all other prior or contemporaneous agreements, proposals or other expressions, including but not limited to quotations, sales memoranda and credit applications.

3.  **Submittals.** Vendor shall provide samples, shop drawings, special warranties, instructions, designs, operation and maintenance manuals and any other materials required or specified to be provided in respect of the Goods/Services. All such submittals, including required revisions or corrections to same, shall be provided without additional charge and in conformity with all original or revised schedules.

4.  **Delivery.** Unless otherwise stated in this order, delivery will be F.O.B. Project at a time and place directed by Reynolds. No shipment is to be made without Reynolds' prior release and consent. Units must be delivered in a proper sequence to facilitate orderly and efficient handling, storage and use at the Project, and must be complete and properly labeled. No partial shipments will be accepted unless requested and approved by Reynolds in writing. Risk of loss shall pass to Reynolds only upon delivery of goods and inspection and acceptance of same by Reynolds. Reynolds may refuse any deliveries tendered after 2 p.m. or on a Friday unless 48 hours advance notice of late delivery is given to the jobsite and Reynolds approves same.

5.  **Time.** Time is of the essence in the performance of all of Vendor's undertakings arising under this order. Vendor will immediately notify Reynolds, in writing, of any actual or potential circumstance which may delay or impair Vendor's ability to perform in accordance with Reynolds' schedule or required delivery or other performance dates. Reynolds may postpone delivery of goods and services for such reasonable periods as may be required to conform to actual progress of work or other conditions encountered for the Project and in such case Vendor will use best efforts to comply with Reynolds' instructions in regard to time of deliveries or manner of performance. Acceptance or acquiescence of late delivery or other performance by Vendor shall not be deemed a waiver of Reynolds' rights or remedies pertaining to such delay, nor shall it constitute a waiver or extension of the time for the performance of any future or remaining deliveries or other performance obligations.

6.  **Quality.** Goods/Services shall be of good quality and free from all latent or patent defects, and shall strictly conform to all applicable requirements and standards prescribed by this order and the Contract Documents and shall be free and clear of infringement of any valid patent, copyright or trade mark. Goods/Services not conforming to such requirements shall be considered defective. This warranty shall be in addition to and not in limitation of any other warranty or remedy existing under applicable law or the Prime Contract, including but not limited to implied warranties of merchantability and fitness for the particular purpose contemplated by this order. All deliveries are subject to Reynolds' right of inspection and rejection, which may occur at any time prior to completed installation and incorporation of goods into Reynolds' work for the Project. Payment for Goods/Services shall not constitute acceptance and shall be without prejudice to any claims or remedies which Reynolds may have in respect of same.

7.  **Correction of Defects.** If, within two (2) years after substantial completion of the Project, not to exceed two (2) years from start up or 30 Months from shipment, the Goods/Services are found to be defective or not in conformity with the standards or requirements applicable thereto, Vendor shall, upon receipt of written notice from Reynolds, promptly and satisfactorily repair, modify, replace or take other appropriate corrective action with respect to such Goods/Services at its sole expense. Such obligation shall survive acceptance of goods and services and termination of this order.

8.  **Compliance with Laws.** Vendor shall give notices and comply with all applicable laws, ordinances, rules and regulations of public authorities bearing on the Goods/Services or obligations of Vendor under this order, including but not limited to those relating to safety, material safety data and employment practices. Vendor shall provide reasonable evidence of such compliance if requested to do so by Reynolds or as required of Reynolds by the Contract Documents. Failure to supply material safety data sheets as prescribed by laws and regulations shall be deemed a representation and warranty by Vendor that materials are non-hazardous.

9.  **Payment.** 45 days. If Vendor fully performs all obligations to Reynolds and is not in breach or default under this Order, and Reynolds has received all written warranties, manuals and other submissions applicable to Goods/Services, then Reynolds will make payment to Vendor for Goods/Services performed in accordance with terms of payment specified above; Retainage will be with held in the amount of 10% up until the owner reduces retainage to 5% at which time vendor's retainage will be reduced to 5%. Any retainage with held will be due upon satisfactory equipment start up, not to exceed 150 days from delivery. Any time period provided for taking cash discounts shall commence on the date of invoice or date of delivery, whichever occurs last.

10.  **Remedies for Breach.** Remedies for Breach shall be in accordance with Florida Uniform Commercial Code (UCC).

11.  **Indemnity.** N/A

12.  **Cancellation without Cause.** Reynolds shall have the right at any time, upon 48 hours prior written notice to Vendor, to terminate this order in whole or in part for Reynolds' convenience. In such case, or if this order is terminated upon Reynolds' belief that Vendor is in default but it is subsequently determined that Vendor was not then in default, Reynolds shall pay to Vendor an amount limited to a fair and reasonable portion of the total amount of this order allocated to Vendor's satisfactory performance under this order prior to notice of termination, adjusted for amounts and damages, if any, for which Vendor is responsible. Such payment shall include reasonable profit and overhead.

13.  **Assignment.** Vendor shall not assign or sublet this agreement or any part hereof, including right to payments hereunder, without first obtaining the written consent of Reynolds. If required by Reynolds' prime contract, Reynolds may assign this order and any subcontracts thereunder to the party with whom Reynolds has contracted.

14.  **Dispute Resolution.** All claims, disputes and other matters in question between Reynolds and Vendor arising out of or relating to this order or the breach hereof ("disputes") shall, at Reynolds' option, be subject to mediation prior to instituting any arbitration or legal proceedings. Such claims and disputes shall be resolved by litigation in a court of law, unless Reynolds gives written notice to Vendor designating the claim or dispute to be submitted to binding arbitration, in which case the parties shall be obligated to resolve the matter through arbitration. Such notice of election to arbitrate may be given at any time upon Contractor's own initiative or in response to a written arbitration request of Vendor. A request by Vendor to arbitrate shall be deemed denied by Reynolds if no written response approving submission to arbitration is given to Vendor within 14 days after Reynolds' receipt of such arbitration request. Reynolds may obtain joinder and consolidation of any arbitrated dispute with any other arbitration involving third parties if such other arbitration involves common questions of law or fact.

15.  **Insurance.** Vendor shall procure and maintain insurance as called for the by the attached "Insurance Requirements" (which shall be deemed incorporated herein by reference); Provided, if no such attachment is affixed hereto, then Vendor shall procure and maintain the exact same types and

022-CarterVerplanck_Pumps, VFD's, Valves                    Page 2 of 3

Initials _____
Vendor _____
4/12/2010

coverages of insurance and shall be bound by the same terms and conditions applicable to insurance (including waivers of subrogation) as to which Reynolds is bound by the Contract Documents, except that Reynolds shall be also be named as additional insured in addition to the persons and parties required by the Prime Contract to be so named. Liability coverage shall be written on a primary non-contributory basis with respect to any other collectable insurance for Reynolds or any other parties to be named as additional insureds, and the additional insured endorsement on the general liability policy shall include completed operations. Vendor shall furnish insurance certificates to Reynolds verifying the required insurance prior to supplying the Goods/Services, and containing provisions expressly acknowledging the interests of Contractor in the maintenance of the prescribed insurance and stipulating that the insurance will not be cancelled, materially changed or not renewed without at least a thirty (30) day advance written notice to Reynolds by certified mail – return receipt requested.

16. **Contingency of Order**. This order is contingent upon and subject to Reynolds' executed contract and approved shop drawings with the owner and engineer.  This order may be cancelled without penalty upon failure of either condition.

022-CarterVerplanck_Pumps, VFD's, Valves                    Page 3 of 3

Initials _____
Vendor

## PURCHASE ORDER SCOPE OF WORK
### PO: 10038-022R Carter Verplanck

Materials and equipment are to be furnished and fabricated in the best manner of industry and trade practices and as specified and detailed to accomplish the project requirements. Applicable provisions of the bidding requirements, Contract Forms, and conditions of the Contract are to be included as part of this order.

1) **THE FOLLOWING SPECIFICATION SECTIONS ARE APPLICABLE TO THE PURCHASE ORDER'S SCOPE OF WORK AS NOTED:**
   a) Section 01300/01300a Submittals, as applicable
   b) Section 01600 Deliver, Storage & Handling, as applicable
   c) Section 01640 Manufacturers Services, as applicable
   d) Section 01650 Facility Startup, as applicable
   e) Section 01700 Project Closeout, as applicable
   f) Section 01730 Operation and Maintenance Data
   g) Section 09900 Painting and Protective Coatings, as applicable
   h) Section 11211 Horizontal Split Case Centrifugal High Service Pumps, as further clarified by September 3, 2009 scope of supply.
   i) Section 11214 Vertical Turbine Pumps, as further clarified by September 3, 2009 scope of supply.
   j) Section 13300 thru 13315, I&C, as applicable
   k) Section 15100 Valves (Check Valves, Air Release Valves), as applicable and as clarified by September 3, 2009 scope of supply.
   l) Div 15 Pipe & Fittings, as applicable
   m) Div 16 Electrical, as applicable
   n) Div 16370 Variable Frequency Drives, as further clarified by September 3, 2009 scope of supply.
   o) Addendums No. 1 -4, as applicable
   p) Section 11940 Horizontal End Suction Well Pumps (only applicable to this order if added by change order)

2) **SUBMITTALS & PRELIMINARY ITEMS**
   a) Vendor to provide submittals in accordance with specification section 01300
   b) All submittals are required no more than six (6) weeks from receipt of the Purchase Order.

3) **GENERAL**
   a) This is a lump sum purchase order; the scope of this order is to cover all work within the specification sections mentioned above as well as what is found on the Contract Drawings. This includes but is not limited to:
   - Twelve (12) Flowserve Vertical Turbine Pumps
     o Seven (7) Model 20EKL-2 "Can Type" Nano Membrane Feed Pumps
     o Three (3) Model 15EMM-7 "Can Type" LPRO Membrane Feed Pumps
     o Two (2) Model 25ENL-2 "Can Type" Concentrate Pumps
   - Two (2) Horizontal Split Case Pumps, Model 10LR-17B, High Service Pumps
   - One (1) Lot – 316 SST APCO Silent & Slanting Disc Check Valves as shown on the contract drawings
   - One (1) Lot – Cast Iron Slanting Disc Check Valve as shown on the contract drawings
   - One (1) Lot – APCO Air Release Valves as shown on the contract drawings
   - One (1) Lot – Variable Frequency Drives as shown and/or as stated in the specifications
   - Non-Witness factory testing of pumps shall conform strictly to the specifications. All pumps and pump motors shall be fitted to ensure proper registered fit at the factory.
   - Pump Performance criteria shall be in accordance with the specifications
   - Variable Frequency Drives – The Harmonic Study, Warranties, Training / Start up, spare parts and design criteria shall be followed per specs
   - Engineering & Project Management Services per the contract documents
   - All required O&M Manuals for the systems.
   - Spare parts per the specification Sections.



Vendor

Reynolds



    -   Required Warranties and Performance Guarantees after substantial completion.

    **b)** Vendor shall furnish, tag and box for shipment and storage all required spare parts and special tools, including lubricants for equipment listed herein.

**4) SCHEDULE**

    **a)** Vendor shall not consider any item released for fabrication with out approved submittals and a verbal release from Reynolds, Inc or a written letter stating such release without submittal approval.

    **b)** Delivery of shall be no more than 12 weeks from equipment release for fabrication.

**5) PRICES ARE GOOD FOR THE DURATION OF THE PROJECT. SUBSTANTIAL COMPLETION FOR PHASE 2 OF THE PROJECT IS CURRENTLY SCHEDULED FOR NOVEMBER 2011.**

**6) THIS PURCHASE ORDER IS CONTINGENT UPON ENGINEER'S APPROVAL OF MATERIALS BEING PROVIDED**

**7) PRICE**

    **a)** The above shall be provided for the lump sum price of $3,861,509.00 including all materials, freight and taxes. The price is calculated as follows:

        **$ 3,250,150.00 Pumps**
        **$    355,000.00 Valves**
        **$    216,359.00 Taxes (Estimated)**
    +  **$    40,000.00 Freight**
    **Ttl $ 3,861,509.00**

    **b)** Taxes are to be calculated at 6% State tax plus 0.5% surtax on the first $5,000
    **c)** Prices are to be held firm for the duration of the project.
    **d)** Terms 90% net 45 days, retainage reduction per terms and conditions.

**8) ROUTING OF DELIVERIES**

    **a)** All deliveries are to be scheduled and shipped per Attachment "A". The shipping address is:

        **Hood Road Water Treatment Plant**
        **Attn: Reynolds, Inc.**
        **4200 Hood Road**
        **Palm Beach Gardens, FL 33410**

**9) DELIVERY SCHEDULE**

    **a)** Below are tentative delivery dates of equipment. These dates are subject to change. Material shall not be released without written approval from Reynolds and product approval from CDM:

        **(1)** Vertical Turbine Pump Cans – Delivered by 4-1-10
        **(2)** Vertical Turbine Pumps - Delivered by 1-1-11
        **(3)** High Service Pumps – Delivered by 11-1-11
        **(4)** Valves – Delivery to be determined.
        **(5)** VFD's – Delivery to be determined.

4/12/2010

Vendor _____

Reynolds_____

## 10) ADDITIONAL EQUIPMENT

    **a)** The following equipment is not part of this order and will be added per change order if needed. All conditions listed above apply to this equipment if purchased.

        **i)** Specification Section #11940 – Horizontal End –Suction Well Pumps- Two (2) Flowserve Model 3K8x6-14ARV Mark 3 Horizontal End Suction pumps.

        **ii)** Pricing:

            **(1)** $82,000.00 (taxable) Includes Valves (Check and Air Release valves only), Engineering Services, Startup, and Freight.

4/12/2010

Vendor _____

Reynolds_____

**ATTACHMENT A**
**PURCHASE ORDER SPECIAL CONDITIONS**
JOB # 10038-Hood Road WTP
PURCHASE ORDER #10038-022R

The following Purchase Order Special Conditions apply and are an integral part of the referenced Purchase Order.

1) **Administrative**

a) The Purchase Order must be signed and returned before payment will be made. **Return to Reynolds, Inc. Attn: Tina Heltemes 5634 West 5th Street, Jacksonville, FL 32254.**

b) Submit all invoices to: **Reynolds, Inc., Attn: Accounts Payable 5634 West 5th Street, Jacksonville, FL 32254.** Invoices must reference Job # and Purchase Order #.

c) Non-destructible tags or other weatherproof marking system must be used on all material.

d) The Seller shall provide Reynolds, Inc. with the name or names of individuals responsible for the following items:

Equipment/Material Sales_____
Drafting/Shop Drawings/O&M Manuals_____
Equipment/Material Delivery, Procurement_____
Project Engineer, Field Representative, Start-Up Service_____

2) **Insurance**

a) Seller will assume responsibility for Worker's Compensation coverage of Seller's employees, and will provide liability coverage in the amounts required by the contract during start-up services.

3) **Sales Tax**

a) Seller shall provide a copy of his FL Sales Tax Registration with the first invoice. If a copy of this is not furnished, purchaser shall collect all tax, deducting any amount shown on invoice.

4) **Delivery**

a) All materials are to be shipped FOB Jobsite

b) Jobsite Address/Directions/Telephone -     Hood Road WTP
4200 Hood Road
Palm Beach Gardens, FL 33410

c) No deliveries will be accepted on weekends

d) It is agreed that time is of the essence on this Purchase Order.

5) **Shipping Arrangements**

a) Prior to all deliveries over 400#, the supplier will do the following:

b) Fax a copy of the packing list to the attention of "Reynolds Superintendent" 24 hours prior to all deliveries. All items must be packaged, crated or otherwise protected so as to prevent damage during shipment. Each item is to be properly identified on the outside of the container with the job name, purchase order number, specification number, etc. The Bill of Lading and Shipping Ticket must be similarly identified. Items less than 400 pounds must be delivered for tailgate unloading. Items greater than 400 pounds must be shipped on open-top trucks, unless written approval to do otherwise is granted. If the shipment requires special handling or storage, contact the project field office with recommendations 48 hours prior to shipment. The supplier shall provide a seven (7) day notice prior to shipment. Note that no deliveries will be accepted on Fridays, unless prior arrangements are made in writing.

c) SHIPMENTS WILL BE ACCEPTED DURING THE FOLLOWING TIMES:

d) Drop shipments are not allowed without prior notification and approval.

1. MONDAY-THURSDAY   7:00 AM until 2:30PM
2. FRIDAY                      7:00 AM until 11:00 AM

4/12/2010

Vendor
Reynolds_____



**6)**     **Payment Terms**

    a)  Vendor <u>must</u> invoice according to the items listed on Purchase Order/Scope of Work and/or Bill of Materials.

    b)  Payment terms per the Purchase Order/Scope of Work

**7)**     **Submittals**

    a)  All submittals shall be sent to the following address:
        **Reynolds, Inc**
        **Attn: Hood Road Project Manager**
        **5634 West 5th Street**
        **Jacksonville, FL 32254**

    b)  Ten (10) complete sets of submittals are required. All submittals will be in strict accordance with the Contract Documents. Each item mentioned in the Specifications or shown on the Contract Documents must be addresses on the submittal. Submittals shall meet requirements of Spec. Section 01300. Vendor shall document any deviations/variances in writing on the cover sheet of the submittal.

    c)  All electrical components, motors, control panels, conduit and wiring is to comply with Division 16 - Electrical. Electric Motors are to comply with Section 16150, Electric Motors.

    d)  Repetitive Review: Shop drawings and other submittals will be reviewed a maximum of two (2) times at the owner's expense. All subsequent reviews will be performed at times convenient to the engineer and at the Seller's expense, based on the Engineer's then prevailing rates. The Vendor shall reimburse the Owner for all such fees invoiced to the Owner by the Engineer. Submittals are required until approval.

    e)  Variations from contract requirements require Owner/Engineer approval pursuant to applicable Contract Clauses, Specifications and Drawings for Construction, as well as Reynolds approval and shall be considered where advantageous to the Owner and Reynolds. When proposing a variation, submit a written request to Reynolds, Inc. with documentation of the nature and features of the variation and why the variation is desirable and beneficial to the Owner and Reynolds. Identify the proposed variation separately and include the documentation for the proposed variation along with the required submittal for the item. When submitting a variation for approval, the seller warrants the applicable items specified in the Contract documents.

**8)**     **Operation and Maintenance Manuals**

    a)  The vendor shall submit Operation and Maintenance Manuals for all pneumatically, hydraulically or electrically operated equipment or as specified. All O & M Manuals must be sent prior to equipment shipments. O & M's are to comply with requirements of Specification Section 01300.

**9)**     **Material Approval**

    a)  This order is contingent upon the approval of the Owner and/or consulting Engineer of the material submitted for use on the project. The disapproval of the material submitted will be cause for cancellation of this order in its entirety without prejudice, penalty or cancellation charges by this vendor.

**10)**    **Cancellation**

    a)  If for any reason the contract between the Owner and Reynolds, Inc. is cancelled, Reynolds, Inc. may terminate this purchase order and upon termination shall thereafter pay the material vendor only such funds received from the Owner as attributed to Reynolds, Inc.'s obligation under this purchase order.

**11)**    **Spare Parts/Tools/Lubrication**

    a)  Furnish all the spare parts and special tools as required by the Contract Documents and as recommended by the manufacturer. Identify as spare parts and tag each individual component. Spare parts shall be prepared for long term storage and all special tools required to adjust, operate and/or maintain the equipment furnished with this order.

4/12/2010

Vendor _____
Reynolds_____

*GMV 4/12/2010*

12) **Warranties and Bonds** *and warranty term per paragraph 7 of the Standard Terms and Conditions.*

   a)   Furnish warranties and bonds in strict accordance with specifications for equipment as required by contract documents. These warranties must be forwarded immediately upon successful equipment start-up. Warranty period will be as outlined in contract documents.

13) **Shop Paint**

   a)   All material and equipment furnished under this order are to have their surfaces properly prepared and protected by the shop painting system as specified. Shop paint shall be compatible with the field applied finish coated system. It is the vendor's responsibility to ensure compatibility of all factory and field coating. A copy of Specification Section 09900 is available upon request. Failure to obtain a copy of this specification section does not relieve vendor of the requirement.

14) **Start Up Services**

   a)   If required by specifications provide start-up services as required by specifications for all equipment furnished with this purchase order. Manufacturer's factory trained representative is to be present on site as specified and required to inspect installation, assist in equipment adjustment, start up, performance testing, and to train Owner's personnel. He shall provide written certification that the equipment is correctly installed and ready to use, all in accordance with the Contract Documents.

15) **Hazard Communication**

   a)   In accordance with the provisions of the Hazard Communications Standards 29CFR-    1929.59, provide material safety data sheets along with any additional information, safety data, or supplemental material safety data sheets for material supplied in this order that are classified hazardous under the above mentioned standard. Provide container labeling, warning systems, and training procedure for handling such material.

*4/12/2010*
*GMV*

Vendor

Reynolds _____